**Opinion issued August 30, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00478-CV

———————————

## ELDA LUMBRERAS, Appellant

## V.

## MAGED ABUZIAD, A-AUTO, Appellee

On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Case No. 1045333-003

## MEMORANDUM OPINION

Appellant Elda Lumbreras has neither established indigence, nor paid or made

arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1

(listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing

dismissal of appeal if no clerk's record filed due to appellant's fault). After being notified that this appeal was subject to dismissal, appellant did not respond.

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.